IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 24-30173 |
| FOXTON THEODORE LEWYN, ) | |
| ) | Chapter 13 |
| _____Debtor._____ ) | |

## RESPONSE AND OBJECTION TO MOTION TO WITHDRAW AS COUNSEL

NOW COMES Andrew Strain ("Strain"), by and through undersigned counsel, and hereby responds to the Motion to Withdraw as Attorney of Record filed before this Court on March 10, 2025 [Dkt. 68] and hereby shows the Court as follows:

1.      Barbara White ("Debtor's Counsel") filed a voluntary petition on February 28, 2024 (the "Petition Date") under Chapter 13 of the Bankruptcy Code for Foxton Theodore Lewyn ("Debtor").

2.      Strain is a creditor in the above-captioned proceeding and the former business partner of the Debtor.

3.      As of the Petition Date, the Debtor owned an interest in A&F Entertainment Holdings, LLC ("A&F"). Counsel for the Debtor listed the value of his 50% interest at $0.00 despite A&F owning real property located at 2719 Westport Road, Charlotte, Mecklenburg County, North Carolina (the "Real Property") valued at over $3,000,000.00. A copy of the original schedules are attached hereto as Exhibit A.

4.      Since the filing of the Petition, the Debtor and Strain were able to resolve the claims of Strain as set forth in the attached Consent Order and Settlement Agreement. A copy of the Consent Order and Settlement Agreement are attached hereto as Exhibit B.

5.      The Settlement Agreement required the Debtor to vacate the Real Property owned by A&F on or before December 31, 2024.

6.      Upon inspection of the Real Property, after Debtor "moved out," Strain discovered extensive damages to the Real Property and over nine dumpsters full of items that were not moved out by December 31, 2024. The damages Strain has incurred are further outlined in the Motion for Judicial Assistance that is being filed contemporaneously herewith.

7.      The Debtor moved to the building next door to the Real Property and has intercepted multiple packages of Strain since vacating the property.

8.      Undersigned counsel contacted Debtor's Counsel by phone and in multiple emails notifying her of the damages and to seek some resolution between the parties. Additionally, the

undersigned brought these issues to the Court's attention at the hearing on January 14, 2025. The parties also scheduled a meeting with the attorneys and clients on January 20, 2025 by telephone to discuss the damages as documented by Strain. A copy of the damage calculations provided to the Debtor and Debtor's Counsel are attached hereto as Exhibit C.

9.   Thereafter, Debtor's Counsel requested that Strain not file a motion to put this matter before the Court as she and her client were working on a response to the damages. The emails detail these conversations between counsel are attached as Exhibit D.

10.   Debtor's Counsel represented that the Debtor would provide a response to the demand for damages and settlement offer and in reliance of the representations, Strain did not file a motion with the Court.

WHEREFORE, Strain having fully responded to the Motion to Withdraw as Counsel hereby requests that the Court set this matter on for hearing and deny Movant's request to withdraw as counsel at this time in Debtor's Chapter 13 case.

This the 13th day of March, 2025.

CORDES LAW, PLLC

/s/ Stacy C. Cordes
Stacy C. Cordes, State Bar No. 18122
1057 E. Morehead Street, Suite 120
Charlotte, North Carolina 28204
Tel: 704-332-3565
Fax: 704-332-3324
E-mail: stacy@cordes-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2025, I electronically filed the RESPONSE AND OBJECTION TO MOTION TO WITHDRAW AS COUNSEL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

U.S. Bankruptcy Administrator

Barbara L. White
Counsel for Debtor

Jenny P. Holman
Chapter 13 Trustee

This the 13th day of March, 2025.

CORDES LAW, PLLC

/s/ Stacy C. Cordes
Stacy C. Cordes, State Bar No. 18122
1057 E. Morehead Street, Suite 120
Charlotte, North Carolina 28204
Tel: 704-332-3565
Fax: 704-332-3324
E-mail: stacy@cordes-law.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Foxton | Theodore | Lewyn |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina (State) |
| Case number | 24-30173 | | |
| | (if known) | | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

**1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No  Go to Part 2.
☒ Yes.  Where is the property?

**1.1**
400 N. Hoskins Road
Street address, if available, or other description

_____

Charlotte, NC  28216
City          State       Zip Code

Mecklenburg
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has a interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   # 03902401

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
$ 165,000.00

**Current value of the portion you own?**
$ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.  Fee Simple

☐ Check of this is community property (see instructions)

If you own or have more than one, list here:

**1.2**
_____
Street address, if available, or other description

_____

_____
City          State       Zip Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has a interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

**EXHIBIT A**
exhibit

Debtor 1    Foxton    Theodore    Foxton    Case number (if known)    24-30173
First Name    Middle Name    Last Name

| | |
|---|---|
| 1.3 _____<br>Street address, if available, or other description<br><br>_____<br><br>_____<br>City        State    Zip Code<br><br>_____<br>County | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other<br><br>**Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>**Other information you wish to add about this item, such as local property identification number:** _____ |

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check of this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...............................................................→ $ 0.00

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, sport utility vehicles, motorcycles**
☐ No
☒ Yes

3.1 Make:    GMC
    Model:    Canyon
    Year:    2016
    Approximate mileage:    80,000.00
    Other information:
    1GTG5CE14G1184821

**Who has an interest in the property?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 9,000.00   $ 0.00
(Carvana)

If you own or have more than one, list here:

3.2 Make:    Subaru
    Model:    Legacy 2.5i Ltd
    Year:    2015
    Approximate mileage:    80,000.00
    Other information:
    483BNAN67F3046901

**Who has an interest in the property?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 6,800.00   $ 0.00
(Carvana)

| Debtor 1 | Foxton | Theodore | Lewyn | | Case number *(if known)* | 24-30173 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**3.3 Make:** _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$_____      $_____

**3.4 Make:** _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$_____      $_____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

**4.1 Make:** _____

Model: _____

Year: _____

Other information

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$_____      $_____

If you own or have more than one, list here:

**4.2 Make:** _____

Model: _____

Year: _____

Other information

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$_____      $_____

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................. ->   $ 0.00

Debtor 1    Foxton          Theodore         Foxton             Case number (if known)   24-30173
            First Name      Middle Name      Last Name

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?          Current value of the
                                                                                            portion you own?
                                                                                            Do not deduct secured
                                                                                            claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   [ ] No
   [x] Yes. Describe..........  | LR & Bedroom Furniture, appliances, kitchenware, |   $   400.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
   collections; electronic devices including cell phones, cameras, media players, games
   [ ] No
   [x] Yes. Describe..........  | TVs |   $   100.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   [x] No
   [ ] Yes. Describe..........  |  |   $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
   and kayaks; carpentry tools; musical instruments
   [x] No
   [ ] Yes. Describe..........  |  |   $

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    [x] No
    [ ] Yes. Describe..........  |  |   $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    [ ] No
    [x] Yes. Describe..........  | Everyday clothing, work clothes, outerwear, shoes, accessories |   $   10.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    [ ] No
    [x] Yes. Describe..........  | Watch |   $   200.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    [x] No
    [ ] Yes. Describe..........  |  |   $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    [ ] No
    [x] Yes. Describe..........  | Emus, 1 goat ($500.00), tractor ($4,500.00), recreational equipment ($100.00) |   $   5,100.00

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
    you have attached for Part 3. Write that number here** .................................................................................. ->   | $  5,820.00 |

| Debtor 1 | Foxton | Theodore | | Case number (if known) | 24-30173 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes.................................................................................................................. Cash: ................... $ 5.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes....................

| | | Institution name: | |
|---|---|---|---|
| | 17.1 Checking account: | Schools First FCU xxx7704 | $ 582.07 |
| | 17.2 Checking account: | | $ |
| | 17.3 Savings account: | Schools First FCU xxx8676 | $ -991.86 |
| | 17.4 Savings account: | | $ |
| | 17.5 Certificates of deposit: | | $ |
| | 17.6 Other financial account: | Schools First FCU xxx17.6 (money market) | $ 4.87 |
| | 17.7 Other financial account: | Schools First FCU xxx17.7 (Share) | $ .24 |
| | 17.8 Other financial account: | Truist ck. | $ 3,500.00 ~ |
| | 17.9 Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes....................

| | Institution or issuer name: | |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☒ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| Blue Haze Entertainment LLC | 100 % | $ 0.00 |
| A&F Entertainment Holdings, LLC | 50 % | $ 0.00 |
| | % | $ |

Debtor 1    Foxton       Theodore       Case number (if known)   **24-30173**
      First Name          Middle Name          Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

[x] No

[ ] Yes.....................    Issuer name:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

[ ] No

[x] Yes. List each
account separately

| Type of account | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | Principal | $ 510.21 |
| Retirement account | State Farm Retirement (through company) | $ ~20,000.00 |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

[x] No

[ ] Yes.....................    Institution name or individual:

| | |
|---|---|
| Electric: | $ |
| Gas: | $ |
| Heating oil: | $ |
| Security deposit on rental unit: | $ |
| Prepaid rent: | $ |
| Telephone: | $ |
| Water: | $ |
| Rented furniture: | $ |
| Other: | $ |

**23. Annuities** (a contract for a periodic payment of money to you, either for life or for a number of years)

[x] No

[ ] Yes.....................    Issuer name and description:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

Debtor 1    Foxton            Theodore           Case number (if known)   24-30173
            First Name         Middle Name        Last Name

---

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)

[x] No
[ ] Yes.....................  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

$_____
$_____
$_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

[x] No
[ ] Yes. Give specific information about them...

$_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

[x] No
[ ] Yes. Give specific information about them...

$_____

**27. Licenses, franchises, and other general intangibles**
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

[x] No
[ ] Yes. Give specific information about them...

$_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

[x] No
[ ] Yes. Give specific information about them, including whether you already filed the returns and the tax years..................

Federal:   $_____
State:     $_____
Local:     $_____

**29. Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

[x] No
[ ] Yes. Give specific information............................

Alimony:             $_____
Maintenance:         $_____
Support:             $_____
Divorce settlement:  $_____
Property settlement: $_____

**30. Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

[x] No
[ ] Yes. Give specific information............................

$_____

---

Official Form 106A/B                    Schedule A/B: Property                              Page 7

Case 24-30173   Doc 70   Filed 03/13/25   Entered 03/13/25 14:20:26   Desc Main
Case 24-30173   Doc 13   Pesum 9 m8/24 Page a 1 c p 09 8 8/24 21:31:32   Desc Main
                         Document   Page 8 of 36   Case number (if known)   24-30173

Debtor 1    Foxton            Theodore            Foxton
            First Name        Middle Name         Last Name

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA), credit, homeowner's or renter's insurance

☐ No

☒ Yes. Name the insurance company of each policy and list its value..

| Company name: | Beneficiary | Surrender or refund value |
|---|---|---|
| State Farm Life Ins. | Business | $ 13,920.18 |
| (Business policy; business pays) | | $ |
| | | $ |

**32. Any interest in property that is due from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No

☐ Yes. Give specific information................... $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim............................ $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Give specific information................... $ _____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information................... $ _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................... –> $ 38,522.57

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.......... $ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe.......... $ _____

---

| Debtor 1 | Foxton | Theodore | | Case number (if known) | 24-30173 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe.......... _____ $_____

**41. Inventory**

☐ No
☐ Yes. Describe.......... _____ $_____

**42. Interest in partnerships or joint ventures**

☐ No
☐ Yes. Describe......    Name of entity                    % of ownership:

_____    _____ %    $_____
_____    _____ %    $_____
                                     _____ %    $_____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**

    ☐ No
    ☐ Yes. Describe.......... _____ $_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific    Issuer name and description:
    information...........

        _____    $_____
        _____    $_____
        _____    $_____
        _____    $_____
        _____    $_____
        _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ....................................................................................... ->  $ 0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes........................ _____ $_____

Debtor 1   Foxton   Theodore   Foxton   Case number (if known)   24-30173
First Name   Middle Name   Last Name

**48. Crops--either growing or harvested**

☐ No
☐ Yes. Give specific information.....................  $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes................................  $ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes................................  $ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information.....................  $ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................... ->  $ 0.00

---

**Part 7:   Describe All Property You Own or Have an Interest In That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information..............  $ _____
  $ _____
  $ _____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .................................... ->  $ _____

---

**Part 8:   List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2**.................................................................................... ->  $ 0.00

**56. Part 2: Total vehicles, line 5**   $ 0.00 * See special terms

**57. Part 3: Total personal and household items, line 15**   $ 5,820.00

**58. Part 4: Total financial assets, line 36**   $ 38,522.57

**59. Part 5: Total business-related property, line 45**   $ 0.00

**60. Part 6: Total farm- and fishing-related property, line 52**   $ 0.00

**61. Part 7: Total other property not listed, line 54**   +   $ 0.00

**62. Total personal property.** Add lines 56 through 61..........   $ 44,342.57   Copy personal property total -->   +  $ 44,342.57

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.....................................................................   $ 44,342.57

Case 24-30173   Doc 70   Filed 03/13/25   Entered 03/13/25 14:20:26   Desc Main
Case 24-30173   Doc 61   Filed 12/23/24   Entered 12/23/24 12:07:02   Desc Main
                Document   Page 1 of 10



FILED & JUDGMENT ENTERED
Christine F. Winchester

December 23 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )    Bankruptcy Case No. 24-30173 |
| FOXTON THEODORE LEWYN, | ) |
| | )    Chapter 13 |
| _____ Debtor. | ) |

### CONSENT ORDER

This matter came on before the Court upon the consent of Jenny P. Holman, the standing Chapter 13 Trustee in this case (the "Trustee"), Andrew Strain ("Mr. Strain") and Foxton Theodore Lewyn (the "Debtor"), by and through their respective counsel, relative to the Joinder of Objection of Trustee to Confirmation of Plan and Motion to Dismiss [Dkt. 24] and Motion to Convert to Chapter 7 [Dkt. 42] filed by Mr. Strain and the Debtor's Amended Chapter 13 Plan [Dkt. 28].

      1.      On February 28, 2024, the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

      2.      The Debtor filed his proposed Chapter 13 Plan on or about March 18, 2024 [Dkt. 14].

      3.      The Trustee filed an Objection to Confirmation of Plan and Motion to Dismiss on May 16, 2024 [Dkt. 22].

      4.      Mr. Strain filed a Joinder and Objection of Trustee to Confirmation of Plan and Motion to Dismiss on June 17, 2024 [Dkt. 24].

      5.      The Debtor filed his Amended Chapter 13 Plan and Amended Schedules on August 1, 2024 [Dkt. 28 and 29].

      6.      An Order Conditionally Confirming Chapter 13 Plan, Overruling Objection to Confirmation and Continuing Motion to Dismiss was entered on September 28, 2024 [Dkt. 39].



EXHIBIT
**B**

7.      Mr. Strain filed a Motion to Convert to Chapter 7 on September 28, 2024 [Dkt. 42].

8.      Mr. Lewyn and Mr. Strain have reached a resolution of all pending matters as set forth in the attached Settlement Agreement and Release which includes Mr. Strain making a payment to the Chapter 13 Trustee to pay off Debtor's Chapter 13 Plan in exchange for Mr. Lewyn's stock in A&F Holdings, LLC and withdrawing his Proof of Claim No. 7 in the amount of $1,229,687.95 and A&F Holdings Proof of Claim No. 6 in the amount of $39,393.80, and mutual releases between Lewyn, Strain and their related businesses.

9.      A continued hearing on these matters is currently scheduled for January 14, 2025 at 11:00 AM.

10.     The Trustee, Mr. Strain and the Debtor, through counsel, have engaged in discussions regarding the pending motions and the accordingly the Parties have consented to the entry of this order.

IT IS THEREFORE, ORDERED that Mr. Strain's Joinder to Trustee's Objection to Confirmation of Plan and Motion to Dismiss and Mr. Strain's Motion to Convert to Chapter 7 Case are hereby resolved as set forth in the Settlement Agreement and Release attached hereto.

[Signatures on following page]

CONSENTED BY:

/s/ Jenny P. Holman
Jenny P. Holman, Chapter 13 Trustee
Office of the Chapter 13 Trustee – Charlotte
3800 Arco Corporate Drive, Suite 510
Charlotte, North Carolina 28273
Tel: 704-372-9650
*Standing Chapter 13 Trustee*

/s/ Barbara L. White
Barbara L. White
1101 South Boulevard, Suite 201
Charlotte, North Carolina 28203
Tel: 704-375-9411
Fax: 704-375-5040
E-mail: barbara@barbaralwhite.com
*Counsel for the Debtor*

/s/ Stacy C. Cordes
Stacy C. Cordes
Cordes Law, PLLC
1057 E. Morehead Street, Suite 120
Charlotte, North Carolina 28204
Tel: 704-332-3565
Fax: 704-332-3324
E-mail; stacy@cordes-law.com
*Counsel for Andrew Strain*

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court

## SETTLEMENT AGREEMENT AND RELEASE

This Confidential Settlement Agreement and Release (this "Agreement") is entered into by and between Andrew Strain and Foxton Lewyn (collectively, the "Parties"), effective as of the date affixed on the signature page hereto.

### BACKGROUND

Through legal counsel, Andrew Strain ("Strain") and Foxton Lewyn ("Lewyn") have agreed to fully and finally resolve all claims relating to those disputes of which they are aware of should be aware regarding their business and personal dealings (the "Known Disputes"). Strain and Lewyn acknowledge that it is the intent of each, and of both in common, to fully and finally resolve any claim, liability, risk of litigation or arbitration or other risk arising from or in connection with any such disputes or claims. The Parties formerly did business together through A&F Entertainment Holdings ("A&F") and Blue Haze Entertainment Limited ("Blue Haze"). To put this intent into effect, both Strain and Lewyn agree that this Settlement Agreement should be interpreted, applied, and enforced so as to most fully effect their separate and common intent of full and final resolution. Accordingly, any dispute over the scope, effect, or interpretation of this Settlement Agreement be resolved in favor of the full and final resolution as to any claim, dispute, liability, cause of action, or the like arising from or related to any such Known Disputes.

### AGREED TERMS

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound hereby, the Parties hereby agree as follows:

1.   Release. The Parties, on behalf of themselves or their assigns, heirs, and personal representatives, do hereby release, acquit, and forever discharge one another from any, every, and all claims of any whatsoever, including but not limited to all actions, causes of action, complaints, liabilities, demands, damages, costs, expenses, contributions and attorneys' fees, whether arising at law or in equity, known or unknown, contingent or absolute, now existing or which may subsequently accrue, arising out of, resulting from, or related to the Known Disputes, and all other matters and things which could have been alleged therein.

The Parties do hereby declare they fully understand this Agreement operates as a release of all claims that will forever bar any further action of any kind by the Parties, their assigns, heirs, and personal representatives against one another arising out of, resulting from, or related to the Known Disputes, or which could have been alleged therein, including barring the commencement of any new lawsuits; that no representations concerning the nature and extent of any damages have been made by either party; that the Parties are not relying on any representations made by one another regarding the nature and extent of their legal liability or financial responsibility (although each is relying on the other being forthcoming and honest

regarding their business dealings); and that this Agreement has been made by the Parties after a full, frank, and fair examination of all pertinent facts and after consulting their respective legal counsel.

2.   Settlement Consideration. The Parties Agree on the following terms as consideration to settle such dispute:

   a.   Strain will pay to the Chapter 13 Trustee the amount needed to pay off Lewyn' Chapter 13 Plan with a 100% dividend to unsecured creditors excluding Strain' claims in an amount of no more than One Hundred One Thousand Dollars ($101,000.00) by December 31, 2024 or One Hundred Two Thousand Four Hundred Dollars ($102,400) in January 2025;

   b.   Strain will withdraw his Proof of Claim No. 7 in the amount of $1,229,687.95 and A&F Holdings Proof of Claim No. 6 in the amount of $39,393.80

   c.   Upon receipt of payment to the Chapter 13 Trustee as outlined in paragraph 2a, Lewyn will immediately transfer his ownership interest in A&F and execute any documents necessary to affect that transfer;

   d.   Strain will file a Satisfaction of Judgment with the Mecklenburg County Superior Court Clerk in Case No. 22-CVS-7568 within 5 days after the Chapter 13 Consent Order is entered by the Court and Lewyn/Blue Haze has vacated the building.

   e.   Lewyn releases all claims to, any assets of, or any distributions of A&F and indemnifies Strain from any claims or liability related to A&F;

   f.   Lewyn will pay the 2024 Property Taxes on the A&F Property in the amount of Fifteen Thousand Nine Hundred and Eighty-Eight Dollars and Twenty-Eight Cents ($15,988.28) by December 31, 2024;

   g.   Lewyn will pay rent to A&F through December of 2024 in the amount of Ten Thousand Eighty Dollars and Forty-One Cents ($10,080.41) per month. All amounts must be paid on or before December 5, 2024;

   h.   Lewyn and Blue Haze will vacate the building by December 31, 2024. Lewyn and Blue Haze authorize Strain to take possession on January 1, 2025, of the building, change the locks, and dispose of any property they may leave on the premises without further judicial process;

    i.     Strain will be permitted to move his belongings out of the building prior to December 31, 2024, at a mutually agreed upon time when Lewyn is not present;

    j.     Photographs of the building may be taken for prospective tenants at a mutually convenient time;

    k.     Blue Haze's SBA debt is personally guaranteed by both. Lewyn will continue to make these payments and indemnifies Strain for any such liability;

    l.     Strain will pay all known A&F debt on which Lewyn is presently a personal guarantor on, and indemnify Lewyn on such debt; and

    m.     Strain will be indemnified from any now existing and all future debts of Blue Haze by Lewyn. Lewyn also releases any claims Blue Haze may have against Strain, on its behalf and sign the attached tax form 8806;

    n.     Lewyn will take all necessary steps to effectuate the settlement with the Chapter 13 Trustee and Strain.

3.     No Admission of Liability. The Parties acknowledge and understand that the entry into this agreement serves as a compromise and final settlement of disputed claims against one another, and that compromise and final settlement is not, and may not be construed as, an admission of liability by either party, and is not to be construed as an admission that either Party engaged in any wrongful, tortious, unlawful, or improper activity in connection with the dispute, conduct, and subject matter detailed in the dispute.

4.     Agreement is Legally Binding. The Parties intend this Agreement to be legally binding upon and shall inure to the benefit of each of them and their respective successors, predecessors, assigns, heirs, personal representatives, partners, affiliates, members, officers, directors, employees, agents, attorneys and other representatives.

5.     Entire Agreement. The recitals set forth at the beginning of this Agreement are incorporated by reference and made a part of this Agreement. This Agreement constitutes the entire agreement and understanding of the Parties and supersedes all prior negotiations and/or agreements, proposed or otherwise, written or oral, concerning this dispute. Furthermore, no modification of this Agreement shall be binding unless in writing and signed by each of the Parties hereto.

6.     Severability. If any provision contained in this Agreement shall for any reason be held invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provisions of this Agreement, but this Agreement shall

be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

7.    Governing Law. This Agreement and all related documents and all matters arising out of or relating to this Agreement, whether sounding in contract, tort, or statute, are governed by, and construed in accordance with the laws of the State of North Carolina.

8.    Reliance on Own Counsel. In entering into this Agreement, The Parties acknowledge that they have relied upon the legal advice of their respective attorneys who are the attorneys of their own choosing, that such terms are fully understood and voluntarily accepted by them, and that, other than the consideration set forth herein, no promises or representations of any kind have been made one another. The Parties represent and acknowledge that in executing this Agreement they did not rely, and has not relied upon any representations or statements, whether oral or written, made by the other Party, or by that other Party's agents, representatives, or attorneys with regard to the subject matter, basis, or effect of this Agreement or otherwise.

9.    Authority to Execute Agreement. By signing below, the Parties warrant and represent that they have authority to bind themselves and that their execution of this Agreement is not in violation of any by-law, covenants, and/or other restrictions placed upon them.

10.    No Waiver of Right to Enforce Terms of Agreement. By signing this Agreement, the Parties do not waive any right or claim to enforce the terms of this Agreement, but rather the Parties specifically reserve their right to bring an action in a court of competent jurisdiction (as set forth above) to enforce the terms of this Agreement.

11.    Effective Date. This Agreement shall be effective upon execution by the Parties (the "Effective Date").

IN WITNESS WHEREOF, and intending to be legally bound, Parties has caused this Agreement to be executed as of the date(s) set forth below.

By: _____

FOXTON LEWYN. Individually and on behalf of Blue Haze Entertainment Ltd.

STATE OF NORTH CAROLINA

COUNTY OF Mecklenburg

I, a notary public of the state and county aforesaid, certify that and ~~ANDREW STRAIN~~ Foxton Lewyn personally appeared before me this day, acknowledging to me that he voluntarily signed the foregoing Confidential Settlement Agreement and Release for the purpose stated therein and in the capacity indicated.

Date: 12/12/2024

Official Signature of Notary: _____

Notary's Printed or Typed Name: Travis Prather , Notary Public

My Commission Expires: 08/09/2027

(Official Seal)

TRAVIS PRATHER
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires Aug. 9, 2027

By: _____

ANDREW STRAIN, Individually and on behalf of A&F Holdings, LLC

STATE OF _California_

COUNTY OF _Orange_

I, a notary public of the state and county aforesaid, certify that and ANDREW STRAIN personally appeared before me this day, acknowledging to me that he voluntarily signed the foregoing Confidential Settlement Agreement and Release for the purpose stated therein and in the capacity indicated. _

Date: _12/13/2024_

Official Signature of Notary: _Beth Faas_

Notary's Printed or Typed Name: _Beth Faas_, Notary Public

My Commission Expires: _01/04/2026_

(Official Seal)    *see attached*
*Notary Form*

Scanned with
CamScanner

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ ORANGE _____ )

On ___ DECEMBER 13, 2024 ___ before me, ___ BETH FAAS, NOTARY PUBLIC ___
                                              (insert name and title of the officer)

personally appeared __ ANDREW STRAIN __
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BETH FAAS
Notary Public – California
Orange County
Commission # 2389445
My Comm. Expires Jan 4, 2026

Signature _____ (Seal)

Scanned with
CamScanner

## 2719 Westport Condition Report

**Entry Way:** as expected, except mini fridge on landing.

**Conference Room Left:** trash and boxes (Chauvet), 3 mirror balls (2 boxed, 1 open) 3 conference tables, 9chairs, mini fridge, dead mouse in electric outlet.

**D/S Bathrooms:** trash, dirty diapers, cracked toilet bowl (back bath), exceptionally dirty

**Office with Entry Exposure:** Urine smell. 7-10 boxes of t-shirts (Shannon found dead mouse in at least 1 box), excessive trash, all office furnishings left behind (at least 4 desks/tables, several filing cabinets with paperwork inside and printer), closet packed with trash and random supplies, thermostat ripped off wall, various stray ethernet and other tech cords, computer screen mounted near ceiling. See photos

**Center Office:** Trash, clothing, old paperwork, various useless material, at least waist high. 24 Rolls of vinyl. Picture Frames, boxes of Christmas cards (2017), old, unusable office supplies, See photos. All office furniture left behind and dirty including 2 desk/tables and an architect's cabinet and printer. 2 light fixtures broken/need replacement. Closet—packed with assorted trash, paperwork, etc.

**Showroom:** Trash everywhere. Various switches and outlets missing covers or otherwise altered. Confetti and streamers all over floor, wall fixtures left behind (several on floor). 5 Oversize storage cabinets (46x46x46) and 2 large display cases. Door between shop and warehouse removed. Thermostat removed.

**Inside Hallway:** Lights not working, need electrician to diagnose and resolve.

Breakroom: HAZMAT. Food and dirty dishes, evidence of rodents and bugs, mold present. Trash everywhere. Dishwasher removed without care—waterline pulled out and left open to pour into cabinet. Drains loosened/compromised. All appliances removed except microwave with broken door Appliance list: 2 refrigerators, 1 dishwasher, 1 electric range (cord too), 1 built-in style icemaker. Garbage disposal clogged, button removed. Both bathroom sinks were non-operational and need replacement. Toilet loosened from wall. Furniture left behind, some broken/in pieces.

**Back Office (Shannon's office):** All furniture left behind including bar high table, dresser/console, desk/table, filing cabinet with paperwork inside and printer. Waist high trash, various décor and paperwork, dirty (poop?) light switch. Animal scratches on door, hair (dog hair?), confetti/streamers all over.

**Tech Office:** lights not working, need electrician to diagnose. Floor covered in trash; paperwork, cables, some food trash. 4 monitors left mounted on wall Desk and chair left behind, filthy.

**Warehouse Hallway:** Trash and debris left above tech office and server room.



EXHIBIT
C

Server Room: 8 laptops and 2 iMacs left behind. 3 rackmount servers left. Split unit HVAC broken.

**Manufacture Warehouse:** Completely dark—all lighting and 1 ceiling fan not working. (other ceiling fans removed). Will need electrician to diagnose/repair. 50+ Christmas trees (Blue Haze stock) left behind (see photo). Raw metals and lumber. Trash and scraps on floor. Racking left behind, various packing and shipping materials. All outlets not functional.

**Back Warehouse:** Racking left behind, filled with old lights and useless gear (former blue haze stock/merch). 2 pallets of foggers (Blue Haze merch), 2 missing dock-door openers, 1 door missing wheel. Some trash and debris left behind, admittedly not nearly as much as in offices.

**Tech Warehouse (backs up to break room):** Food trash, beverage bottles, 4 low-lying foggers and 2 dimmer racks, random bags of dirt, salt and fertilizer. Sporadic trash and packing materials.

**Left Front Office (Fox Office):** trash and debris covering the floor. Expired food items, mold growing on trash and paperwork left behind. Foul odor. Office chair (filthy, broken). Needs to be sprayed for mold per contractor.

**Main U/S Office:** as expected except thermostat removed and dirty (poop?) light switch.

**Right Front Office (Andrew Office):** As expected.

**U/S Warehouse (Blackroom):** Truss (approx. 12) and steel, trash and debris. Office furniture remnants, 2-3 chairs and several desks, in pieces. Random cables and tech waste. 1 partially installed power panel.

**Exterior:** Neglected landscape, grass and weeds in front approx. 8-10in high and growing over pathways. Gutters are clogged and 3 drains need replacement (back). Mounds of mulch + dirt on building sides, untrimmed bushes blocking walkway, large weeds/vegetation taking over left side of building and back (5ft+ all along the back and in some spots on left side).

Cost for Damages as of Jan 13th

| LINE ITEM | COST |
|---|---|
| STOLEN GATE | $3,027.82 |
| DAMAGED HALL LIGHTS | $250 |
| DAMAGED OFFICE LIGHT | $100 |
| DAMAGED ELECTICAL PANNEL | $950 |
| DAMAGED WEARHOUSEING LIGHTING | $1,450 |
| DUMPSTER COST ($485 EACH 9X NEEDED) | $4,365 |
| MOLD DAMAGE FROM FOOD LEFT | $3,455 |
| DAMAGED DOORS (6X IN TOATAL) | $8,004 |
| DAMAGED FROM REMOVED GARAGE DOOR MOTORS (2X) | $3,042 |
| CARPET CLEANING (URINE SMELL, BUG AND DOG DAMAGE) | $3,850 |
| REMOVED HVAC UNITS (3X UNITS) | $2,928.16 |
| DAMAGED SINKS AND TOLETS | $3,491.20 |
| STOLEN APPLIANCES FROM KITCHEN | $2,223.36 |
| CLEANING UP WHOLE BUILDING (CONFETTI, FLYER, TRASH, T SHIRTS) | $16,725 |
| **TOTAL** | **$53,861.54** |

### COX CONSTRUCTION                 Jan 2nd 2025                         INVOICE #7011

**Prepared by:** Shannon M. Cox    Email: Shannonsunshine8@gmail.com
2660 Old Camden Monroe HW Lancaster, SC 29720  C: 980-395-8680

**Client:** Andrew Strain                    Email: Lighting.andrew@gmail.com

Address: 2719 Westport Rd, Charlotte NC 28208

Phone: 714-904-0357

## JOB DESCRIPTION: Westport Tenet Repairs

### _Inside of Building - Plumping_

| Description | Cost | Qty | Total |
|---|---|---|---|
| Inspected toilet | $50 | 5 | $250 |
| Removed toilet. Snaked toilet drain to remove obstruction. | $250 | 1 | $250 |
| Reinstalled toilet W/2 new wax bowl rings & bolts | $150 | 1 | $150 |
| Wax bowl jumbo kit W/bolts | $8.95 | 1 | $8.95 |
| Wax ring W/no flange | $2.25 | 1 | $2.25 |
| Let sit for 30-40 mins. Tested & drains perfect. | $50 | 5 | $250 |
| Inspected sink, slow draining, added professional strength drain cleaner. | $50 | 5 | $250 |
| Let it sit overnight. Tested, next day | $50 | 5 | $250 |
| Inspected sinks | $50 | 5 | $250 |
| Breakroom Sinks did not output (Labor for new install) | $250 | 2 | $500 |
| Replaced Fixture | $140 | 2 | $280 |
| Replaced hoses and parts and cut off | $125 | 2 | $250 |
| Fix cabinet damage | $800 | 1 | $800 |
| **TOTAL** | | | **$3,491.20** |

### _Breakroom Applauses Replacement_

| Description (Queen City Invoice EH3393-0) | Cost | Qty | Total |
|---|---|---|---|
| Dishwasher Maytag MDB4949SKW OBX# 5 Maytag | $375 | 1 | $375 |
| Fridge ENR18TFGCW 17.6 CF T/M REF 28.5 IN WIDE E | $498 | 2 | $996 |
| Oven WFC150M0JW 4.8 CFT STANDARD CLEAN COIL | $548 | 1 | $548 |
| Cord for Oven 4'4P RANGECORD 4' 4 PRONG RANGE CORD | $25 | 1 | $25 |
| Sales Tax | $117.36 | 1 | $117.36 |
| Installation | $50 | 4 | $200 |
| **TOTAL** | | | **$2,273.36** |

**COX CONSTRUCTION**           Jan 2nd 2025                    **INVOICE #7011**

### Door Repair

| Description | Cost | Qty | Total |
|---|---|---|---|
| -Front Double Door (both doors bent, and bottom pins broken) | $2950 | 1 | $2950 |
|     Hardware | $112 | 2 | $224 |
|     Removal and installation of new door | $150 | 1 | $150 |
| -Side Wearhouse Tech Door (Bent and damaged see pics) | $1298 | 1 | $1298 |
|     Hardware | $112 | 1 | $112 |
|     Removal and installation of new door | $150 | 1 | $150 |
| -Side Ground Level Door (Locks removed and damaged) | $1298 | 1 | $1298 |
|     Hardware | $112 | 1 | $112 |
|     Removal and installation of new door | $150 | 1 | $150 |
| -Back of Wearhouse Door | $1298 | 1 | $1298 |
|     Hardware | $112 | 1 | $112 |
|     Removal and installation of new door | $150 | 1 | $150 |
| **TOTAL** | | | **$8,004.00** |

### Cleaning up inside mess

| Description | Cost | Qty | Total |
|---|---|---|---|
| Dumpsters 22 yards  (Garbage Gurus) | $485 | 7 | $3395 |
| Clean up down stair (see picture) | $1200 | 1 | $1200 |
| Clean up, up stairs (see picture) | $1750 | 1 | $1750 |
| Clean up warehouse  (see picture) | $3150 | 1 | $3150 |
| Rent Forklift (needed for lights and BHE gear left) | $1190 | 1 | $1190 |
| Carpet Cleaning (urine smell, bug and dog damage) | $3850 | 1 | $3850 |
| Forklift rental to remote left gear | $2190 | 1 | $2190 |
| **TOTAL** | | | **$16,725** |

### Gate Repair, Garage Doors Motors only, and Fence from Foxton from next door

| Description | Cost | Qty | Total |
|---|---|---|---|
| Replace Gates taken down (See pic of them next door) | $1190 | 2 | $2380 |
| Replace Gates Install | $250 | 1 | $250 |
| Replace Gates motors and install | $2950 | 1 | $2950 |
| Replace Gates cut open section (See pictures) | $100 | 1 | $100 |
| Garage Door Motor (Hector will install) | $910 | 2 | $1820 |
| New Fence Blocking Foxton from entering (See picture of the dumpster wall Foxton made) | $10,701 | 1 | $10,701 |
| **TOTAL** | | | **$18,201** |

## COX CONSTRUCTION          Jan 2nd 2025                    INVOICE #7011

### *Cleaning up Outside mess*

| Description | Cost | Qty | Total |
|---|---|---|---|
| Rental Mini Skid Steer | $1122.91 | 1 | $1122.91 |
| Diesel | $50 | 1 | $50 |
| Mow overgrown lawn | $200 | 1 | $200 |
| Trim all bushes | $300 | 1 | $300 |
| Trim all trees (front and side) | $250 | 1 | $250 |
| Clear back of buildings overgrowth | $300 | 1 | $300 |
| Dirt for back of building wash out (1 ton) | $125 | 21 | $2625 |
| 4 ft. x 300 ft. Fabric Weed Barrier Landscape | $125 | 6 | $750 |
| Gravel fill for planters | $2250 | 1 | $2250 |
| Gravel install Labor | $500 | 1 | $500 |
| Dirt and Weed Barrier Labor | $750 | 1 | $750 |
| Conference room exit door walkway concert 10ftx3ft pad | $700 | 1 | $700 |
| Remove Broken Slate and patch broken concrete | $550 | 1 | $550 |
| Weed killing spray and treatment | $125 | 1 | $125 |
| pressure wash walkways | $100 | 1 | $100 |
| pressure wash Building for paint chips | $250 | 1 | $250 |
| Paint and patch/sanding building | $1000 | 1 | $1000 |
| Lift rental 40' Man basket lift | $2000 | 1 | $2000 |
| Total | | | $13,822.91 |

HVAC

| ADAM air | | | |
|---|---|---|---|
| Thermostat replacement | $295 | 1 | $295 |
| Reinstalling broke Nest unit | $235 | 2 | $470 |
| Serve and testing | $532.23 | 1 | $532.23 |
| Charge Unit with R410a Using Superheat/Subcool | $209.17 | 4 | $836.68 |
| Replace 3 Pole 60 Amp Universal Contactor | $464.25 | 1 | $464.25 |
| Cleaning | $110 | 3 | $330 |
| | | | $2,928.16 |

If you have any Questions, please feel free to

call, text, Email me anytime.

Thank you!

   Shannon M. Cox

We accept Visa, Mastercard, Venmo, Check & Bitcoin

| Service fee/Trip fee – No Charge |
|---|
| Sub-total    $65,445.63 |
| Tax (included in bid)   $0 |
| **Grande Total    $65,445.63** |

pg. 3



# ESTIMATE
# #117-423

## STAND STRONG FENCING OF LAKE NORMAN

2351 Wesley Village Rd Charlotte, NC 28208

(980) 355-9530

ssf117@standstrongfencing.com

| Customer | Date | Salesperson |
|---|---|---|
| Andrew Strian | 1/8/25 | Jordan Waters |
| 2719 Westport Rd, Charlotte, NC 28208 | **Expiration Date** | jwaters@standstrongfencing.com |
| | 1/29/25 | (980) 444-2621 |

Click a product name to view more details and photos

| Description | Quantity |
|---|---|
| **Chain Link - 6' Black - 20' Double Gate** | Quantity: 1 |

| | |
|---|---|
| Total | $3,027.82 |
| Deposit Required | $1,513.91 |
| **Financing As Low As** | **$138.19/mo** |

# Drawing

Please review this drawing to ensure its accuracy.



1/8/25, 4:08 PM    Estimate - FenceFlow

**We Offer Financing**

# Split the cost into easy monthly payments.

From $138.19/month based on a price of $3,027.82 for 24 months.*

## Fast and easy

The application takes about a minute to complete. Checking eligibility does not impact your credit score

## No hidden fees

Rates from 0% APR*. There are no penalties, fees, or compounding interest.

## Options for you

You choose the monthly payment amount that works best for you.

**See your options**

*All financing is subject to credit approval. Your terms may vary. Payment options through Wisetack are provided by our lending partners. See http://www.wisetack.com/lenders. For example, a $1,200 purchase could cost $104.89 a month for 12 months, based on an 8.9% APR, or $400 a month for 3 months, based on a 0% APR. Offers range from 0-35.9% APR based on creditworthiness. No other financing charges or participation fees. See additional terms at http://wisetack.com/faqs.

## Stacy Cordes

| | |
|---|---|
| **From:** | Stacy Cordes |
| **Sent:** | Friday, March 7, 2025 3:36 PM |
| **To:** | barbara@barbaralwhite.com |
| **Cc:** | courtney@barbaralwhite.com; Jenny Short |
| **Subject:** | RE: [SPAM] FW: Damages to 2719 Westport |
| **Attachments:** | FW: Damages to 2719 Westport |

Barbara:

This is most concerning given that we have waited for a response to our offer to resolve the outstanding lease issues related to Blue Haze's move out of the leased space for over a month. You asked me specifically to hold off on filing anything until I heard from you. I do not plan to file an Adversary Proceeding, but rather bring this matter up by motion per my representation to the Court at the hearing in January. We have patiently waited for a response from Mr. Lewyn after our January 20th call and email detailing the damages, attached. You have not provided a response other than to request a copy of the lease agreement.

Barbara, you filed this case and listed the value of A & F Entertainment, LLC at 0 when the building was valued over $3M. Mr. Lewyn will have all of his tax and unsecured debt paid off by Mr. Strain in his Chapter 13 case and be able to keep his house. The actions by the debtor in the way he left the building were not warranted and not commercially reasonable. We will also ask for our attorney fees for having to bring this motion. I look forward to hearing from you.

Stacy C. Cordes
stacy@cordes-law.com

C O R D E S  LAW, PLLC

1057 East Morehead Street
Suite 120
Charlotte, NC  28204
Phone:  704.332.3565
Fax:       704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not the intended recipient, do not read, copy, use or disclose this message or its attachments. Please notify the sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.

Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code. We are not tax attorneys or accountants. We do not provide any tax advice. Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

**EXHIBIT**

**D**

 Outlook

---

**RE: [SPAM] FW: Damages to 2719 Westport**

**From** Barbara White <barbara@barbaralwhite.com>

**Date** Mon 3/3/2025 4:39 PM

**To**    Jenny Short <jenny@cordes-law.com>

**Cc**    courtney@barbaralwhite.com <courtney@barbaralwhite.com>

Good afternoon, yes I received the email with the blank lease form. I have provided Mr. Lewyn with your communications and we have agreed that he will obtain a different attorney to handle this lease damages issue. I do not wish to handle a contested matter like this one, and Mr. Lewyn also agrees that he needs a separate corporate counsel to handle other issues regarding Blue Haze. As soon as I am informed of his new attorney I will file a Motion to Withdraw. Our retainer agreement allows me to withdraw under these circumstances. I will continue to obtain Mr. Lewyn's discharge and I also understand that until I withdraw formally I can be served with an Adversary but I would request that you hold off if you can. If served I will file the Motion to Withdraw immediately. Thanks so much,

Barbara L. White, Attorney at Law

1101 South Blvd.

Ste. 201

Charlotte, NC  28202

Tel. 704-375-9411

Fax. 704-375-5040

www.barbaralwhite.com

We are a federally designated Debt Relief Agency assisting consumers seeking relief under the United States Bankruptcy Code.

This electronic communication is from Barbara L. White, Attorney at Law. The information in this electronic mail is intended for the addressed recipient only and may contain information that is confidential, subject to attorney-client privilege and subject to attorney work product doctrine material. Any dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic mail in error, please notify the sender immediately by replying to this email or calling 704/375-9411.

---

**From:** Jenny Short [mailto:jenny@cordes-law.com]
**Sent:** Monday, March 03, 2025 3:19 PM

To: Stacy Cordes; Barbara White
Subject: RE: [SPAM] FW: Damages to 2719 Westport

Barbara,

I am confirming you received Stacy's email below and were able to access the lease document. Please let us know your client's response by the end of the day. We are planning to file a motion to put this matter before the Court if we do not receive a response. Thank you!

Jenny


Jennifer N. Short, NCCP, ACP
North Carolina State Bar Certified Paralegal
Advanced Certified Paralegal – Commercial Bankruptcy
jenny@cordes-law.com

CORDES LAW, PLLC

1057 E. Morehead Street, Suite 120
Charlotte, North Carolina  28204
Phone:  704.332.3565
Fax:     704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients.  They may contain confidential information, legally privileged information or other information subject to legal restrictions.  If you are not the intended recipient, do not read, copy, use or disclose this message or its attachments.  Please notify the sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.

Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code.  We are not tax attorneys or accountants.  We do not provide any tax advice.  Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

From: Stacy Cordes <stacy@cordes-law.com>
Sent: Thursday, February 27, 2025 1:31 PM
To: Barbara White <barbara@barbaralwhite.com>
Cc: Jenny Short <jenny@cordes-law.com>
Subject: RE: [SPAM] FW: Damages to 2719 Westport

Barbara:

I have attached a blank form Commercial Lease Agreement so that if you have questions, you can refer back to this as it relates to the signed lease between Blue Haze and A &F.  Thank you for sending the signed IRS form 8806.  We have patiently waited for a response to our demand for damages from Blue Haze move on 12/31.  The fact the Blue Haze as the tenant made improvements to the property during the tenancy isn't relevant to the damage that was done and failure to move out with over 9 dumpsters of trash/equipment.  Does your client have

a response to the damage report?  If we don't meet a response by Monday, 3/3, we will proceed to file a Motion for the Court to rule on.  Thanks and I look forward to hearing from you.

Stacy C. Cordes
stacy@cordes-law.com

C O R D E S  **//**  L A W,  P L L C

1057 East Morehead Street
Suite 120
Charlotte, NC  28204
Phone:  704.332.3565
Fax:     704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients.  They may contain confidential information, legally privileged information or other information subject to legal restrictions.  If you are not the intended recipient, do not read, copy, use or disclose this message or its attachments.  Please notify the sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.

Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code.  We are not tax attorneys or accountants.  We do not provide any tax advice.  Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

---

**From:** Barbara White <barbara@barbaralwhite.com>
**Sent:** Wednesday, February 12, 2025 5:16 PM
**To:** Stacy Cordes <stacy@cordes-law.com>
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport

Stacy, I spoke with my client again about obtaining a copy of the lease between A&F and Blue Haze.  He cannot locate a copy and I need to review it and I am sure you agree the lease is essential for the Judge to see.  From what I understand Blue Haze moved into the A&F building; no improvements were made by A&F, all were made by Blue Haze (including the gates which you mention), and Blue Haze paid A&F close to $1M during the lease term.  I am still discussing damages with Mr. Lewyn but according to my client, your client kept the paperwork between them, and should have a copy of the lease.  Upon receipt of the lease we request a period of time for me to review and analyze to reply to an offer to settle.  Client is also reviewing the damages report.  So there should be no rush to file something until we can try to resolve otherwise.  I am attaching the form 8806, I have the original here, how would you like me to get the original to you?  Client will report back to me this week if he can locate the lease anywhere (even the bank).  You do not need to rush in and file any Motion while we are trying to review.  Thanks,


Barbara L. White, Attorney at Law

1101 South Blvd.

Ste. 201

Charlotte, NC  28202

Tel. 704-375-9411

Fax. 704-375-5040

www.barbaralwhite.com

We are a federally designated Debt Relief Agency assisting consumers seeking relief under the United States Bankruptcy Code.

This electronic communication is from Barbara L. White, Attorney at Law. The information in this electronic mail is intended for the addressed recipient only and may contain information that is confidential, subject to attorney-client privilege and subject to attorney work product doctrine material. Any dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic mail in error, please notify the sender immediately by replying to this email or calling 704/375-9411.

---

**From:** Stacy Cordes [mailto:stacy@cordes-law.com]
**Sent:** Wednesday, February 05, 2025 7:29 PM
**To:** Barbara White; Jenny Short
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport
**Importance:** High

Barbara:

I understand that Mr. Lewyn had the original of the lease to the building that was signed at Pinnacle with Ms. Palmer. The lease is a commercial form lease if that helps you. Do you have any response to our offer to settle? Has Mr. Lewyn agreed to return the gates that he is storing at his new space and are visible from Mr. Strain's property? Has Mr. Lewyn signed the IRS form? Please let me know if Mr. Lewyn has a response to our offer to resolve these issues by next week or we will need to get the Court back involved and I will need to file a motion. Thank you and I look forward to hearing from you.

Stacy C. Cordes
stacy@cordes-law.com

CORDES ⫽ LAW, PLLC

1057 East Morehead Street
Suite 120
Charlotte, NC 28204
Phone:  704.332.3565
Fax:     704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not the intended recipient, do not read, copy, use or disclose this message or its

attachments. Please notify the sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.

Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code. We are not tax attorneys or accountants. We do not provide any tax advice. Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

---

**From:** Barbara White <barbara@barbaralwhite.com>
**Sent:** Monday, January 27, 2025 5:10 PM
**To:** Jenny Short <jenny@cordes-law.com>
**Cc:** Stacy Cordes <stacy@cordes-law.com>
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport

Hi Jenny, thank you for your message. My client is looking for his copy of the lease but so far has been unable to locate. Please help me obtain a clear copy. I am copying Stacy; I am hopeful that our clients can resolve the issue of a damages figure for the Westport building but before we can fully discuss I need to review the lease terms. Please note that Mr. Lewyn's case can remain open during these negotiations and after if the negotiations are not successful. I have not yet received Mr. Lewyn's Report of Completion of Plan from the Trustee; thanks!


Barbara L. White, Attorney at Law

1101 South Blvd.

Ste. 201

Charlotte, NC 28202

Tel. 704-375-9411

Fax. 704-375-5040

www.barbaralwhite.com


We are a federally designated Debt Relief Agency assisting consumers seeking relief under the United States Bankruptcy Code.


This electronic communication is from Barbara L. White, Attorney at Law. The information in this electronic mail is intended for the addressed recipient only and may contain information that is confidential, subject to attorney-client privilege and subject to attorney work product doctrine material. Any dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic mail in error, please notify the sender immediately by replying to this email or calling 704/375-9411.

---

**From:** Jenny Short [mailto:jenny@cordes-law.com]
**Sent:** Friday, January 24, 2025 9:11 AM

**To:** Barbara White
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport

Barbara,

The copy we have is also dark and some pages are illegible. I can request another copy from our client but I know it will be a couple of weeks before he is able to provide. Mr. Lewyn should have a copy as well and that may be the quickest way to obtain. I will follow up with Mr. Strain in the meantime.

Jenny

Jennifer N. Short, NCCP, ACP
North Carolina State Bar Certified Paralegal
Advanced Certified Paralegal – Commercial Bankruptcy
jenny@cordes-law.com

CORDES LAW, PLLC

1057 E. Morehead Street, Suite 120
Charlotte, North Carolina  28204
Phone: 704.332.3565
Fax:    704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not the intended recipient, do not read, copy, use or disclose this message or its attachments. Please notify the sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.

Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code. We are not tax attorneys or accountants. We do not provide any tax advice. Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

**From:** Barbara White <barbara@barbaralwhite.com>
**Sent:** Thursday, January 23, 2025 4:38 PM
**To:** Jenny Short <jenny@cordes-law.com>
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport

Hi Jenny, thank you so much for the lease copy and your response. Unfortunately many of the pages are dark and illegible. Can you fax a clean copy over to me? My fax # is (704) 375-5040. If not can you try to rescan? Some of the illegible pages are critical. Thank you so much,

Barbara L. White, Attorney at Law

1101 South Blvd.

Ste. 201

Charlotte, NC 28202

Tel. 704-375-9411

Fax. 704-375-5040

www.barbaralwhite.com

We are a federally designated Debt Relief Agency assisting consumers seeking relief under the United States Bankruptcy Code.

This electronic communication is from Barbara L. White, Attorney at Law. The information in this electronic mail is intended for the addressed recipient only and may contain information that is confidential, subject to attorney-client privilege and subject to attorney work product doctrine material. Any dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic mail in error, please notify the sender immediately by replying to this email or calling 704/375-9411.

**From:** Jenny Short [mailto:jenny@cordes-law.com]
**Sent:** Thursday, January 23, 2025 9:17 AM
**To:** Barbara White
**Cc:** Stacy Cordes
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport

Barbara,

Attached please find a copy of the Blue Haze Rental Contract. Please let me know if you have any questions or need additional information.

Jenny

Jennifer N. Short, NCCP, ACP
North Carolina State Bar Certified Paralegal
Advanced Certified Paralegal – Commercial Bankruptcy
jenny@cordes-law.com

C O R D E S  LAW, P L L C

1057 E. Morehead Street, Suite 120
Charlotte, North Carolina  28204
Phone:  704.332.3565
Fax:     704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not the intended recipient, do not read, copy, use or disclose this message or its attachments. Please notify the

sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.

Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code. We are not tax attorneys or accountants. We do not provide any tax advice. Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

**From:** Barbara White <barbara@barbaralwhite.com>
**Sent:** Wednesday, January 22, 2025 5:19 PM
**To:** Jenny Short <jenny@cordes-law.com>
**Subject:** FW: [SPAM] FW: Damages to 2719 Westport

Jenny, Hi, I am forwarding to you a request I just emailed to Stacy. Can you handle for me? Stacy emailed the lease copy to me on 10/7/24. I need a copy of that lease as soon as possible. Thanks so much,


Barbara L. White, Attorney at Law

1101 South Blvd.

Ste. 201

Charlotte, NC  28202

Tel. 704-375-9411

Fax. 704-375-5040

www.barbaralwhite.com


We are a federally designated Debt Relief Agency assisting consumers seeking relief under the United States Bankruptcy Code.

This electronic communication is from Barbara L. White, Attorney at Law. The information in this electronic mail is intended for the addressed recipient only and may contain information that is confidential, subject to attorney-client privilege and subject to attorney work product doctrine material. Any dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic mail in error, please notify the sender immediately by replying to this email or calling 704/375-9411.


**From:** Barbara White [mailto:barbara@barbaralwhite.com]
**Sent:** Wednesday, January 22, 2025 5:04 PM
**To:** 'Stacy Cordes'
**Subject:** RE: [SPAM] FW: Damages to 2719 Westport

Hi Stacy. I tried to open the Blue Haze rental contract which you forwarded to me and I have been unable to open the file using a Microsoft username and password. Will you please just sent over a scanned version of the rental

agreement so that I can open it easily, rather than some type of a locked account file?  Thank you in advance, I need that document.  Thank you,

Barbara L. White, Attorney at Law

1101 South Blvd.

Ste. 201

Charlotte, NC  28202

Tel. 704-375-9411

Fax. 704-375-5040

www.barbaralwhite.com

We are a federally designated Debt Relief Agency assisting consumers seeking relief under the United States Bankruptcy Code.

This electronic communication is from Barbara L. White, Attorney at Law. The information in this electronic mail is intended for the addressed recipient only and may contain information that is confidential, subject to attorney-client privilege and subject to attorney work product doctrine material. Any dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic mail in error, please notify the sender immediately by replying to this email or calling 704/375-9411.

**From:** Stacy Cordes [mailto:stacy@cordes-law.com]
**Sent:** Monday, January 20, 2025 5:03 PM
**To:** 'barbara@barbaralwhite.com'
**Subject:** [SPAM] FW: Damages to 2719 Westport

Barbara:

Good to speak with you today.  Please see the attached Appraisal which shows the boundary lines for the A&F Property.  I have also attached information from FedEx regarding the packages being diverted.  Finally, I have attached a spreadsheet and estimates regarding the costs associated with what Strain has had to pay or will have to pay above an beyond what would be typical move-out damages.  Please let me know when you have reviewed with your client and we can discuss early next week.  Thank you.

Stacy C. Cordes
stacy@cordes-law.com

CORDES LAW, PLLC

1057 East Morehead Street
Suite 120

Charlotte, NC 28204
Phone: 704.332.3565
Fax:     704.332.3324
www.cordes-law.com

This e-mail message and its attachments are for the sole use of the intended recipients. They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not the intended recipient, do not read, copy, use or disclose this message or its attachments. Please notify the sender by replying to this message and delete it or destroy all copies of this message and attachments in all media.
Any advice contained herein is not intended or written by us to be used, and may not be used or relied on, for the purpose of avoiding penalties under the Internal Revenue Code. We are not tax attorneys or accountants. We do not provide any tax advice. Any advice contained herein which could be construed in any way as relating to tax matters is not intended or written by us to support the promotion or marketing of the transactions or matters addressed herein.

## Site Plan



Office/Warehouse

Land Description and Analysis                                         22

## Tax Map



Office/Warehouse

Land Description and Analysis                                                  23

## Aerial Map



Office/Warehouse

Land Description and Analysis 24

## Topography Map



Office/Warehouse

Land Description and Analysis 25

## Zoning Map



Office/Warehouse

## SWIM and Post Construction Buffers Map



Office/Warehouse

Land Description and Analysis                                                          27

## InterFlood Map



Office/Warehouse

# Rebecca Luke

**From:** Andrew Strain <lighting.andrew@gmail.com>
**Sent:** Monday, January 20, 2025 12:15 PM
**To:** Stacy Cordes

**Delivery Information**
(771306773264)

PDI_Trans - Recipient Information (APDLF251)
Andrew Strain
Andrew Strain
2719 Westport Road
Charlotte, NC  28208000000
Phone No./Alternate No.:
000000007148563385

Packages Delivered at Stop for most recent Delivery
4

**Available Delivery Information:**

| Data Type | Date | Time | Location | Delivery Record Stop Number | Recipient Name | Delivery Address | Indirect Delivery Address |
|---|---|---|---|---|---|---|---|
| (PKG/POD) | (PKG/POD) | (DSF) | (PKG/POD) | (PKG/POD) | (DSF) | (DSA) | (DSA) |
| Delivery | 01/10/25 | 10:34:02 | 251 | 63035442-27 | FLEWYN | 2735 WESTPORT RD Charlotte, NC  28208 | N/A |

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | FLEWYN | Delivery Location: | 2735 WESTPORT RD |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Charlotte, NC, 28208 |
| | | Delivery date: | Jan 10, 2025 10:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771306773264 | Ship Date: | Jan 9, 2025 |
| | | Weight: | 36.8 LB/16.71 KG |

Recipient
Andrew Strain, Andrew Strain
2719 Westport Road
Charlotte, NC, US, 28208

Shipper:
SIMON LI, DISCOVERY SCM
3270 Summit Ridge Parkway suite 110
Duluth, GA, US, 30096

Reference        HZX91-250108-0003

1/8/25, 4:08 PM                              Estimate #117-423 | FenceFlow



# ESTIMATE
# #117-423

## STAND STRONG FENCING OF LAKE NORMAN

2351 Wesley Village Rd Charlotte, NC 28208

(980) 355-9530

ssf117@standstrongfencing.com

| **Customer** | **Date** | **Salesperson** |
|---|---|---|
| Andrew Strian | 1/8/25 | Jordan Waters |
| 2719 Westport Rd, Charlotte, NC 28208 | **Expiration Date** | jwaters@standstrongfencing.com |
| | 1/29/25 | (980) 444-2621 |

Click a product name to view more details and photos

| Description | Quantity |
|---|---|
| **Chain Link - 6' Black - 20' Double Gate** | Quantity: 1 |

| | |
|---|---|
| Total | $3,027.82 |
| Deposit Required | $1,513.91 |
| **Financing As Low As** | **$138.19/mo** |

## Drawing

Please review this drawing to ensure its accuracy.



## We Offer Financing

# Split the cost into easy monthly payments.

From $138.19/month based on a price of $3,027.82 for 24 months.*

## Fast and easy

The application takes about a minute to complete. Checking eligibility does not impact your credit score

## No hidden fees

Rates from 0% APR*. There are no penalties, fees, or compounding interest.

## Options for you

You choose the monthly payment amount that works best for you.

**See your options**

*All financing is subject to credit approval. Your terms may vary. Payment options through Wisetack are provided by our lending partners. See http://www.wisetack.com/lenders. For example, a $1,200 purchase could cost $104.89 a month for 12 months, based on an 8.9% APR, or $400 a month for 3 months, based on a 0% APR. Offers range from 0-35.9% APR based on creditworthiness. No other financing charges or participation fees. See additional terms at http://wisetack.com/faqs.

## COX CONSTRUCTION             Jan 2nd 2025                    INVOICE #7011

**Prepared by:** Shannon M. Cox    Email: Shannonsunshine8@gmail.com
2660 Old Camden Monroe HW Lancaster, SC 29720  C: 980-395-8680

**Client:** Andrew Strain                    Email: Lighting.andrew@gmail.com

Address: 2719 Westport Rd, Charlotte NC 28208

Phone: 714-904-0357

### JOB DESCRIPTION: Westport Tenet Repairs

#### *Inside of Building - Plumping*

| Description | Cost | Qty | Total |
|---|---|---|---|
| Inspected toilet | $50 | 5 | $250 |
| Removed toilet. Snaked toilet drain to remove obstruction. | $250 | 1 | $250 |
| Reinstalled toilet W/2 new wax bowl rings & bolts | $150 | 1 | $150 |
| Wax bowl jumbo kit W/bolts | $8.95 | 1 | $8.95 |
| Wax ring W/no flange | $2.25 | 1 | $2.25 |
| Let sit for 30-40 mins. Tested & drains perfect. | $50 | 5 | $250 |
| Inspected sink, slow draining, added professional strength drain cleaner. | $50 | 5 | $250 |
| Let it sit overnight. Tested, next day | $50 | 5 | $250 |
| Inspected sinks | $50 | 5 | $250 |
| Breakroom Sinks did not output (Labor for new install) | $250 | 2 | $500 |
| Replaced Fixture | $140 | 2 | $280 |
| Replaced hoses and parts and cut off | $125 | 2 | $250 |
| Fix cabinet damage | $800 | 1 | $800 |
| **TOTAL** | | | **$3,491.20** |

#### *Breakroom Applauses Replacement*

| Description (Queen City Invoice EH3393-0) | Cost | Qty | Total |
|---|---|---|---|
| Dishwasher Maytag MDB4949SKW OBX# 5 Maytag | $375 | 1 | $375 |
| Fridge ENR18TFGCW 17.6 CF T/M REF 28.5 IN WIDE E | $498 | 2 | $996 |
| Oven WFC150M0JW 4.8 CFT STANDARD CLEAN COIL | $548 | 1 | $548 |
| Cord for Oven 4'4P RANGECORD 4' 4 PRONG RANGE CORD | $25 | 1 | $25 |
| Sales Tax | $117.36 | 1 | $117.36 |
| Installation | $50 | 4 | $200 |
| **TOTAL** | | | **$2,273.36** |

## COX CONSTRUCTION          Jan 2nd 2025                    INVOICE #7011

### *Door Repair*

| Description | Cost | Qty | Total |
|---|---|---|---|
| -Front Double Door (both doors bent, and bottom pins broken) | $2950 | 1 | $2950 |
| Hardware | $112 | 2 | $224 |
| Removal and installation of new door | $150 | 1 | $150 |
| -Side Wearhouse Tech Door (Bent and damaged see pics) | $1298 | 1 | $1298 |
| Hardware | $112 | 1 | $112 |
| Removal and installation of new door | $150 | 1 | $150 |
| -Side Ground Level Door (Locks removed and damaged) | $1298 | 1 | $1298 |
| Hardware | $112 | 1 | $112 |
| Removal and installation of new door | $150 | 1 | $150 |
| -Back of Wearhouse Door | $1298 | 1 | $1298 |
| Hardware | $112 | 1 | $112 |
| Removal and installation of new door | $150 | 1 | $150 |
| **TOTAL** | | | **$8,004.00** |

### *Cleaning up inside mess*

| Description | Cost | Qty | Total |
|---|---|---|---|
| Dumpsters 22 yards  (Garbage Gurus) | $485 | 7 | $3395 |
| Clean up down stair (see picture) | $1200 | 1 | $1200 |
| Clean up, up stairs (see picture) | $1750 | 1 | $1750 |
| Clean up warehouse  (see picture) | $3150 | 1 | $3150 |
| Rent Forklift (needed for lights and BHE gear left) | $1190 | 1 | $1190 |
| Carpet Cleaning (urine smell, bug and dog damage) | $3850 | 1 | $3850 |
| Forklift rental to remote left gear | $2190 | 1 | $2190 |
| Lighting Control Repair | $8140 | 1 | $8140 |
| **TOTAL** | | | **$24865** |

### *Gate Repair, Garage Doors Motors only, and Fence from Foxton from next door*

| Description | Cost | Qty | Total |
|---|---|---|---|
| Replace Gates taken down (See pic of them next door) | $1190 | 2 | $2380 |
| Replace Gates Install | $250 | 1 | $250 |
| Replace Gates motors and install | $2950 | 1 | $2950 |
| Replace Gates cut open section (See pictures) | $100 | 1 | $100 |
| Garage Door Motor (Hector will install) | $910 | 2 | $1820 |
| New Fence Blocking Foxton from entering (See picture of the dumpster wall Foxton made) | $10,701 | 1 | $10,701 |
| **TOTAL** | | | **$18,201** |

## COX CONSTRUCTION          Jan 2nd 2025                    INVOICE #7011

### *Cleaning up Outside mess*

| Description | Cost | Qty | Total |
|---|---|---|---|
| Rental Mini Skid Steer | $1122.91 | 1 | $1122.91 |
| Diesel | $50 | 1 | $50 |
| Mow overgrown lawn | $200 | 1 | $200 |
| Trim all bushes | $300 | 1 | $300 |
| Trim all trees (front and side) | $250 | 1 | $250 |
| Clear back of buildings overgrowth | $300 | 1 | $300 |
| Dirt for back of building wash out (1 ton) | $125 | 21 | $2625 |
| 4 ft. x 300 ft. Fabric Weed Barrier Landscape | $125 | 6 | $750 |
| Gravel fill for planters | $2250 | 1 | $2250 |
| Gravel install Labor | $500 | 1 | $500 |
| Dirt and Weed Barrier Labor | $750 | 1 | $750 |
| Conference room exit door walkway concert 10ftx3ft pad | $700 | 1 | $700 |
| Remove Broken Slate and patch broken concrete | $550 | 1 | $550 |
| Weed killing spray and treatment | $125 | 1 | $125 |
| pressure wash walkways | $100 | 1 | $100 |
| pressure wash Building for paint chips | $250 | 1 | $250 |
| Paint and patch/sanding building | $1000 | 1 | $1000 |
| Lift rental 40' Man basket lift | $2000 | 1 | $2000 |
| **Total** | | | **$13,822.91** |

HVAC

| ADAM air | | | |
|---|---|---|---|
| Thermostat replacement | $295 | 1 | $295 |
| Reinstalling broke Nest unit | $235 | 2 | $470 |
| Serve and testing | $532.23 | 1 | $532.23 |
| Charge Unit with R410a Using Superheat/Subcool | $209.17 | 4 | $836.68 |
| Replace 3 Pole 60 Amp Universal Contactor | $464.25 | 1 | $464.25 |
| Cleaning | $110 | 3 | $330 |
| | | | **$2,928.16** |

If you have any Questions, please feel free to

call, text, Email me anytime.

Thank you!

Shannon M. Cox

We accept Visa, Mastercard, Venmo, Check & Bitcoin

Service fee/Trip fee – No Charge

Sub-total      $73,585.63

Tax (included in bid)   $0

**Grande Total      $73,585.63**

## 2719 Westport Condition Report

**Entry Way:** as expected, except mini fridge on landing.

**Conference Room Left:** trash and boxes (Chauvet), 3 mirror balls (2 boxed, 1 open) 3 conference tables, 9chairs, mini fridge, dead mouse in electric outlet.

**D/S Bathrooms:** trash, dirty diapers, cracked toilet bowl (back bath), exceptionally dirty

**Office with Entry Exposure:** Urine smell. 7-10 boxes of t-shirts (Shannon found dead mouse in at least 1 box), excessive trash, all office furnishings left behind (at least 4 desks/tables, several filing cabinets with paperwork inside and printer), closet packed with trash and random supplies, thermostat ripped off wall, various stray ethernet and other tech cords, computer screen mounted near ceiling. See photos

**Center Office:** Trash, clothing, old paperwork, various useless material, at least waist high. 24 Rolls of vinyl. Picture Frames, boxes of Christmas cards (2017), old, unusable office supplies, See photos. All office furniture left behind and dirty including 2 desk/tables and an architect's cabinet and printer. 2 light fixtures broken/need replacement. Closet—packed with assorted trash, paperwork, etc.

**Showroom:** Trash everywhere. Various switches and outlets missing covers or otherwise altered. Confetti and streamers all over floor, wall fixtures left behind (several on floor). 5 Oversize storage cabinets (46x46x46) and 2 large display cases. Door between shop and warehouse removed. Thermostat removed.

**Inside Hallway:** Lights not working, need electrician to diagnose and resolve.

Breakroom: HAZMAT. Food and dirty dishes, evidence of rodents and bugs, mold present. Trash everywhere. Dishwasher removed without care—waterline pulled out and left open to pour into cabinet. Drains loosened/compromised. All appliances removed except microwave with broken door Appliance list: 2 refrigerators, 1 dishwasher, 1 electric range (cord too), 1 built-in style icemaker. Garbage disposal clogged, button removed. Both bathroom sinks were non-operational and need replacement. Toilet loosened from wall. Furniture left behind, some broken/in pieces.

**Back Office (Shannon's office):** All furniture left behind including bar high table, dresser/console, desk/table, filing cabinet with paperwork inside and printer. Waist high trash, various décor and paperwork, dirty (poop?) light switch. Animal scratches on door, hair (dog hair?), confetti/streamers all over.

**Tech Office:** lights not working, need electrician to diagnose. Floor covered in trash; paperwork, cables, some food trash. 4 monitors left mounted on wall Desk and chair left behind, filthy.

**Warehouse Hallway:** Trash and debris left above tech office and server room.

Server Room: 8 laptops and 2 iMacs left behind. 3 rackmount servers left. Split unit HVAC broken.

**Manufacture Warehouse:** Completely dark—all lighting and 1 ceiling fan not working. (other ceiling fans removed). Will need electrician to diagnose/repair. 50+ Christmas trees (Blue Haze stock) left behind (see photo). Raw metals and lumber. Trash and scraps on floor. Racking left behind, various packing and shipping materials. All outlets not functional.

**Back Warehouse:** Racking left behind, filled with old lights and useless gear (former blue haze stock/merch). 2 pallets of foggers (Blue Haze merch), 2 missing dock-door openers, 1 door missing wheel. Some trash and debris left behind, admittedly not nearly as much as in offices.

**Tech Warehouse (backs up to break room):** Food trash, beverage bottles, 4 low-lying foggers and 2 dimmer racks, random bags of dirt, salt and fertilizer. Sporadic trash and packing materials.

**Left Front Office (Fox Office):** trash and debris covering the floor. Expired food items, mold growing on trash and paperwork left behind. Foul odor. Office chair (filthy, broken). Needs to be sprayed for mold per contractor.

**Main U/S Office:** as expected except thermostat removed and dirty (poop?) light switch.

**Right Front Office (Andrew Office):** As expected.

**U/S Warehouse (Blackroom):** Truss (approx. 12) and steel, trash and debris. Office furniture remnants, 2-3 chairs and several desks, in pieces. Random cables and tech waste. 1 partially installed power panel.

**Exterior:** Neglected landscape, grass and weeds in front approx. 8-10in high and growing over pathways. Gutters are clogged and 3 drains need replacement (back). Mounds of mulch + dirt on building sides, untrimmed bushes blocking walkway, large weeds/vegetation taking over left side of building and back (5ft+ all along the back and in some spots on left side).

Cost for Damages as of Jan 13th

| LINE ITEM | COST |
|---|---|
| STOLEN GATE | $3,027.82 |
| DAMAGED HALL LIGHTS | $250 |
| DAMMAGED OFFICE LIGHT | $100 |
| DAMMAGED ELECTICAL PANNEL | $950 |
| DAMMAGED WEARHOUSEING LIGHTING | $1,450 |
| DUMPSTER COST ($485 EACH 9X NEEDED) | $4,365 |
| MOLD DAMAGE FROM FOOD LEFT | $3,455 |
| DAMMAGED DOORS (6X IN TOATAL) | $8,004 |
| DAMMAGED FROM REMOVED GARAGE DOOR MOTORS (2X) | $3,042 |
| CARPET CLEANING (URINE SMELL, BUG AND DOG DAMAGE) | $3,850 |
| REMOVED HVAC UNITS (3X UNITS) | $2,928.16 |
| DAMAGED SINKS AND TOLETS | $3,491.20 |
| STOLEN APPLAUSES FROM KITCHEN | $2,223.36 |
| CLEANING UP WHOLE BUILDING (CONFETTI, FLYER, TRASH, T SH!RTS) | $16,725 |
| **TOTAL** | **$53,861.54** |